**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**FAUSTO ISIDRO MEZA FLORES,**
**also known as "Chapo Isidro," "Chapito Isidro," "Party," "Daniel," "Dany,"**

**Defendant.**

**CRIMINAL NO. 12-116 (BAH)**

## GOVERNMENT'S MOTION TO QUASH ARREST WARRANT

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order to quash the arrest warrant for defendant Fausto Isidro Meza Flores. In support thereof, the Government states the following:

1. Pursuant to the return of an Indictment, an original arrest warrant was issued for the defendant on or about May 2, 2012.
2. Pursuant to the return of a Superseding Indictment, which was filed on the public docket, a superseding arrest warrant was issued on November 26, 2019, and the original arrest warrant was quashed.
3. Pursuant to the return of a Second Superseding Indictment, which was filed on the public docket, a second superseding arrest warrant was issued on September 25, 2026.
4. The defendant will be arrested and processed on the Second Superseding Indictment.
5. Accordingly, the Government respectfully moves this Court to quash the superseding arrest warrant.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Motion to Quash the Superseding Arrest Warrant be granted.

Respectfully submitted,

MARGARET A. MOESER
Chief
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice

By: */s/ James Hepburn*
JAMES HEPBURN
Deputy Chief
JAYCE BORN
Trial Attorney
Narcotic and Dangerous Drug Unit
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530